IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DALMATIA IMPORT GROUP, INC. and MAIA MAGEE, | : | |
| | : | |
| Plaintiffs, | : | CIVIL ACTION NO. 16-2767 |
| | : | |
| v. | : | |
| | : | |
| FOODMATCH, INC., LANCASTER FINE FOODS, INC., EARTH PRIDE ORGANICS, LLC, and MICHAEL S. THOMPSON, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 3rd day of November, 2016, after considering the motions for preliminary injunction filed by the plaintiff, Dalmatia Import Group (Doc. Nos. 1-30, 1-32), the legal submissions, exhibits, and proposed findings of fact and conclusions of law the plaintiffs submitted in support of the motions (Doc. Nos. 1-39, 1-40, 1-41, 1-42, 1-43, 1-44, 1-45, 1-46, 1-47, 1-77, 1-78, 1-79, 10-19 (to the extent applicable to the motions), 25, 27, 37) and the legal submissions, exhibits, and proposed findings of fact and conclusions of law submitted by the defendants, Foodmatch, Inc., Lancaster Fine Foods, Inc., Earth Pride Organics, LLC, and Michael S. Thompson, in opposition to the motions (Doc. Nos. 1-70, 1-71, 1-72, 1-73, 1-74, 26, 28, 35, 36, 40, 44); and after considering the record submitted by the parties; and after hearing oral argument; and for the reasons set forth in the separately-filed memorandum opinion, it is hereby **ORDERED** that the plaintiffs' motions for preliminary injunction (Doc. Nos. 1-30, 1-32) are **DENIED**.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.